## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **United States of America** | |
| v. | **JUDGMENT IN A CRIMINAL CASE**<br>(For Offenses Committed on or After November 1, 1987) |
| **Isaac Enrique Guillen-Rodriguez** | No. 08-15571-001M-SD |
| Citizen of Mexico | Richard L. Juarez (AFPD)<br>Attorney for Defendant |
| USM#: 75342-208     DOB: 1972 | ICE#: A85 626 913 |

**THE DEFENDANT ENTERED A PLEA OF** guilty on 4/3/2008 to Count TWO of the Complaint.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating Title 8, USC § 1325, Attempted Illegal Entry, a Petty offense, as charged in Count TWO of the Complaint.

**IT IS THE JUDGMENT OF THE COURT THAT** the defendant is hereby committed to the custody of the Bureau of Prisons for a term of FIFTEEN (15) DAYS on Count TWO, with credit for time served.

**IT IS FURTHER ORDERED** that all remaining counts are dismissed on motion of the United States.

### CRIMINAL MONETARY PENALTIES

The defendant shall pay to the Clerk the following total criminal monetary penalties:

**SPECIAL ASSESSMENT:**  $Remitted     **FINE:** $     **RESTITUTION:** $

If incarcerated, payment of criminal monetary penalties are due during imprisonment at a rate of not less than $25 per quarter and payment shall be made through the Bureau of Prisons' Inmate Financial Responsibility Program. Criminal monetary payments shall be made to the Clerk of U.S. District Court, Attention: Finance, 880 Front Street, San Diego, California 92101. Payments should be credited to the various monetary penalties imposed by the Court in the priority established under 18 U.S.C. § 3612(c). The total special assessment of $Remitted shall be paid pursuant to Title 18, United States Code, Section 3013 for Count TWO of the Complaint.

Any unpaid balance shall become a condition of supervision and shall be paid within  prior to the expiration of supervision. Until all restitutions, fines, special assessments and costs are fully paid, the defendant shall immediately notify the Clerk, U.S. District Court, of any change in name and address. The Court hereby waives the imposition of interest and penalties on any unpaid balances.

IT IS FURTHER ORDERED that the Clerk of the Court deliver two certified copies of this judgment to the United States Marshal of this district.

The Court orders commitment to the custody of the Bureau of Prisons.
The defendant is remanded to the custody of the United States Marshal.

**08-15571-001M-SD**                                                        Page 2 of 2
USA vs. Isaac Enrique Guillen-Rodriguez

Date of Imposition of Sentence: **Thursday, April 3, 2008**

_____ Date 4/3/2008 _____
JAY R. IRWIN, United States Magistrate Judge

**RETURN**

I have executed this Judgment as follows:_____

Defendant delivered on _____ to _____ at _____, the institution designated by the Bureau of Prisons, with a certified copy of this judgment in a Criminal case.

_____       By:_____
United States Marshal                               Deputy Marshal
08-15571-001M-SD -

DATE: 4/3/2008    CASE NUMBER: 08-15571-001M-SD

## PLEA/SENTENCING MINUTES

USA vs. Isaac Enrique Guillen-Rodriguez

U.S. MAGISTRATE JUDGE: JAY R. IRWIN  Judge #: 70BK

U.S. Attorney _____  INTERPRETER REQ'D  Ricardo Gonzalez
                                    LANGUAGE: Spanish

Attorney for Defendant  Richard L. Juarez (AFPD)

DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☐ RELEASED  ☒ CUSTODY

DOA__
☐ Complaint Filed          ☐ Appointment of counsel hearing held
☐ Financial Afdvt taken    ☐ No Financial Afdvt taken    ☐ Financial Afdvt sealed
☐ Initial Appearance

**DETENTION HEARING:**  ☐ Held  ☐ Cont'd  ☐ Reset  ☐ UA
Set for:  before:

☐ Defendant ordered temporarily detained in the custody of the United States Marshal
☐ Defendant ordered released (see order setting cond of rel)  ☐ Bail set at $_____
☐ Defendant continued detained pending trial  ☐ Flight Risk  ☐ Danger

**PLEA HEARING:**  ☒ Held  ☐ Cont'd  ☐ Reset
Set for:  before:

☐ Consent to be tried by a Magistrate Judge signed  ☐ Class A Misd  ☐ Class B Misd  ☐ Class C Misd
☐ Consent of Defendant  ☐ Information filed _____  ☐ Complaint filed _____
☒ Defendant sworn and examined by the Court  ☒ Plea of Guilty  ☐ Not Guilty  ☒ Entered to Counts  TWO
☐ Defendant states true name to be _____. Further proceedings ORDERED in defendant's true name.
☒ Plea of Guilty entered as to Ct(s)  TWO  of the  ☐ Information  ☐ Indictment  ☒ Complaint
☒ Court recommends/or accepts defendant's plea and finds plea to be freely and voluntarily given.
☐ Plea agreement:  ☐ Lodged  ☐ Filed  ☐ Sealed
☐ Court does not accept defendant's plea of guilty because _____
☐ PSI ORDERED  ☐ EXPEDITED  ☒ PSI waived  ☐ Time waived for passage of sentence
☐ Continued for sentence to __ before _____
☒ To be dismissed upon entry of the judgment, Ct(s)  ONE
☒ ORDER vacate trial date/motion hearing/mtns moot
☐ ORDER defendant remain released pending sentence  ☒ remanded to USM

**SENTENCING:**
☒ Defendant committed to Bureau of Prisons for a period of  15 DAYS  ☐ Probation/Supervised Release for _____
☒ Special Assessment $ REMITTED  ☐ Fine $_____  ☐ Restitution $_____
Other: _____

RECORDED:  CS
BY:  Angela J. Tuohy, Deputy Clerk

1
2
3
4
5
6           IN THE UNITED STATES DISTRICT COURT
7         FOR THE DISTRICT OF ~~ARIZONA~~ *Southern California*
8

9  United States of America,        )    CASE NUMBER  08-15571M-SD
10         Plaintiff,                )
11  vs.                              )    **WAIVER OF REMOVAL HEARING**
                                     )
12  *Isaac Enrique Guillen-Robles*   )
13                                   )
         Defendant.                  )
14                                   )
                                     )
15  _____      )

16
17    I waive my right to have a Removal Hearing and agree that my case may be
    adjudicated in the *Southern* District of ~~Arizona~~ *California*.
18
19
    DATED this  3  day of  April , 2008.
20
21
22
                                              X _____
23                                                Defendant
24
25                                              _____
26                                                Attorney for the Defendant
27
28

DATE: 3/31/2008   CASE NUMBER: 08-02223M-P-001

USA vs. Isaac Enrique Guillen-Rodriguez

U.S. MAGISTRATE JUDGE: JAY R. IRWIN #: 70BK

A.U.S. Attorney _____   INTERPRETER Ricardo Gonzalez
LANGUAGE Spanish

Attorney for Defendant Richard L. Juarez (AFPD)
MATERIAL WITNESS(es): _____
MATERIAL WITNESS(es) state true name(s) to be: _____
Attorney for Material Witness(es): __

DEFENDANT: ☒ PRESENT ☐ NOT PRESENT ☒ CUSTODY

DOA 3/28/08
☐ Financial Afdvt taken
☐ Rule 5(c)(3)
☒ Initial Appearance
☒ Defendant Sworn
☐ Defendant states true name to be ___. Further proceedings ORDERED in Defendant's true name.
☒ Appointment of counsel hearing held
☐ Financial Afdvt sealed

**DETENTION HEARING:**
☐ Held ☐ Con't ☐ Submitted ☐ Reset
Set for:
Before:
☒ Defendant ordered temporarily detained in the custody of the United States Marshal
☐ Defendant ordered released _____
☐ Defendant continued detained pending trial
  ☐ Flight risk ☐ Danger

**IDENTITY HEARING:**
☐ Held ☐ Con't ☐ Submitted ☐ Reset
☐ Waived
Set for:
Before:
☐ Warrant of removal issued.

**PRELIMINARY HEARING:**
☐ Held ☐ Con't ☐ Submitted ☐ Reset
☐ Waived
Set for:
Before:
☐ Probable cause found   ☐ Dismissed
☐ Held to answer before District Court

**STATUS HEARING:** re: Plea and Sentence
☐ Held ☐ Con't ☐ Reset

Set for:   4/3/08 at 1:00 p.m.
Before:    Magistrate Judge Irwin

Other: Defense counsel orally moves for a continuance. The Government has no objection. IT IS ORDERED granting said Motion.

Recorded by Courtsmart (Status: 2 Min)
BY:  Jocelyn M. Arviso
Deputy Clerk

UNITED STATES DISTRICT COURT

Southern DISTRICT OF ~~ARIZONA~~ CALIFORNIA

15571 M-SD

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>V<br><br>Isaac Enrique GUILLEN-Rodriguez<br>A085626913<br>DOB: 1972<br>Citizen of Mexico<br><br>Defendant | Magistrate Case No. 08-2223MP<br><br>COMPLAINT FOR VIOLATION OF<br><br>Count I<br>Title 18, United States Code, Section 1546<br>Fraud and misuse of visas, permits, and other documents (Felony).<br><br>Count II<br>Title 8, United States Code, Section 1325<br>Attempted Illegal Entry (Misdemeanor) |

The undersigned complainant being duly sworn states:

## COUNT I

That on or about, March 28, 2008, at Yuma, County, in the District of Arizona, the Defendant Isaac Enrique GUILLEN-Rodriguez, an alien, did knowingly and willfully use or attempt to use a document prescribed by statute and regulation for Entry into or as Evidence of Stay or Authorized Employment in the United States, namely an I-551, Resident Alien Card bearing the name of Isaac Enrique GUILLEN-Rodriguez, for purposes of employment in the United States, which the Defendant knew was forged, counterfeited, altered, falsely made or otherwise procured by fraud or unlawfully obtained; in violation of Title 18, United States Code, Section 1546, a Felony.

## COUNT II

That on or about, March 26, 2008, at the Andrade Port of Entry, in Imperial County, within the District of California, the Defendant Isaac Enrique GUILLEN-Rodriguez, an alien, did knowingly and intentionally attempt to enter the United States by willfully false and misleading representations, in violation of Title 8 United States Code, Section 1325, a Misdemeanor.

-1-

UNITED STATES OF AMERICA

    V.

Isaac Enrique GUILLEN-Rodriguez
A085626913

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Authorized by: AUSA Bret Alexander

*Bret Alexander*

*Arturo Curiel*
Signature of Complainant
Arturo J. Curiel
Special Agent, DHS/ICE

Sworn to before me and subscribed in my presence,

    March 31, 2008        at        Yuma, Arizona
    Date                                                City and State

    Jay R. Irwin, U.S. Magistrate Judge                    
    Name & Title of Judicial Officer                      Signature of Judicial Officer

# STATEMENT OF FACTUAL BASIS

On March 26, 2008, Immigration and Customs Enforcement (ICE) Special Agent(s) from the Assistant Special Agent in Charge (ASAC) Yuma, Arizona Office, received information from Office personnel of the Gowan Milling Company stating that one of their employees by the name of Isaac E. GUILLEN-Rodriguez was working for their Company with a Social Security Number #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. The Department of Economic Security advised company personnel that the above-mentioned Social Security Number belongs to an individual name Adam Neuner.

Special Agent (SA) Curiel checked GUILLEN'S name using the TECS II System and learned that Isaac Enrique GUILLEN-Rodriguez with a date of birth 11/28/72 had a valid USA B1/B2 VISA/BCC, Document #MXT000199375 (GUILLEN'S photograph was printed out).

On March 27, 2008, SA Curiel obtained copies of GUILLEN'S personnel folder from Company personnel. Looking at the copies, a copy of an I-551, Resident Alien Card A#092-128-952 bearing the name of Isaac Enrique GUILLEN-Rodriguez with a date of birth 11/28/1972 was found. Looking at the photograph on GUILLEN'S valid USA B1/B2 VISA/BCC, SA Curiel was able to clearly determine that GUILLEN was the same person in the photograph on the I-551 that he presented to his employer.

Later, SA Curiel using the Central Index System (CIS), checked Alien Registration Number (A#), that was printed on the I-551 Resident Alien Card that GUILLEN provided to his employer and it was learned that the above mentioned A# had been previously issued to Aristeo PALACIOS-Santa Maria, Citizen of Mexico.

At this point, SA Curiel had reason to believe, due to the above-mentioned facts, that the I-551 and Social Security Card that GUILLEN provided to his employer were, in fact, forgeries.

During a post-Miranda interview, GUILLEN admitted having knowledge that the I-551 and the Social Security Card that he provided to his employer were fraudulent. GUILLEN admitted paying $150.00 Dollars for both the I-551 and the Social Security Card to an individual known to him as "ARTURO LNU" in Algodones Baja California, Mexico.

GUILLEN admitted the last time he entered the United States from the Republic of Mexico was by using his validly issued USA B1/B2 VISA/BCC, through the Andrade, California Port of Entry on March 26, 2008. SA Curiel asked GUILLEN what was the purpose for entering the United States on the above-specified date; he stated that he had to be at work at 7:00 P.M. that evening. SA Curiel checked GUILLEN'S crossings using the TECS II System and it revealed that GUILLEN entered the United States from Mexico through the Andrade Port of Entry on March 26, 2008.

_____
Signature of Complainant
Arturo J. Curiel
Special Agent, DHS/ICE

Sworn to before me and subscribed in my presence,

__March 31, 2008__          at          __Yuma, Arizona__
Date                                      City and State

__Jay R. Irwin, U.S. Magistrate__          _____
Name & Title of Judicial Officer                Signature of Judicial Officer

-4-

# Probable Cause Statement

I, Arturo J. Curiel declare under penalty of perjury, the following is true and correct:

On March 26, 2008, Immigration and Customs Enforcement (ICE) Special Agent(s) from the Assistant Special Agent in Charge (ASAC) Yuma, Arizona Office, received information from Office personnel of the Gowan Milling Company stating that one of their employees by the name of Isaac E. GUILLEN-Rodriguez was working for their Company with a Social Security Number #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. The Department of Economic Security advised company personnel that the above-mentioned Social Security Number belongs to an individual name Adam Neuner.

Special Agent (SA) Curiel checked GUILLEN'S name using the TECS II System and learned that Isaac Enrique GUILLEN-Rodriguez with a date of birth 11/28/72 had a valid USA B1/B2 VISA/BCC, Document #MXT000199375 (GUILLEN'S photograph was printed out).

On March 27, 2008, SA Curiel obtained copies of GUILLEN'S personnel folder from Company personnel. Looking at the copies, a copy of an I-551, Resident Alien Card A#092-128-952 bearing the name of Isaac Enrique GUILLEN-Rodriguez with a date of birth 11/28/1972 was found. Looking at the photograph on GUILLEN'S valid USA B1/B2 VISA/BCC, SA Curiel was able to clearly determine that GUILLEN was the same person in the photograph on the I-551 that he presented to his employer.

Later, SA Curiel using the Central Index System (CIS), checked Alien Registration Number (A#), that was printed on the I-551 Resident Alien Card that GUILLEN provided to his employer and it was learned that the above

mentioned A# had been previously issued to Aristeo PALACIOS-Santa Maria, Citizen of Mexico.

At this point, SA Curiel had reason to believe, due to the above-mentioned facts, that the I-551 and Social Security Card that GUILLEN provided to his employer were, in fact, forgeries.

During a post-Miranda interview, GUILLEN admitted having knowledge that the I-551 and the Social Security Card that he provided to his employer were fraudulent. GUILLEN admitted paying $150.00 Dollars for both the I-551 and the Social Security Card to an individual known to him as "ARTURO LNU" in Algodones Baja California, Mexico.

GUILLEN admitted the last time he entered the United States from the Republic of Mexico was by using his validly issued USA B1/B2 VISA/BCC, through the Andrade, California Port of Entry on March 26, 2008. SA Curiel asked GUILLEN what was the purpose for entering the United States on the above-specified date; he stated that he had to be at work at 7:00 P.M. that evening. SA Curiel checked GUILLEN'S crossings using the TECS II System and it revealed that GUILLEN entered the United States from Mexico through the Andrade Port of Entry on March 26, 2008.

Executed on: Date   March 28, 2008     Time: 7:10 A.M.

Signed: *Arturo Curiel*
Arturo J. Curiel
Special Agent -- DHS/ICE

## Finding of Probable Cause

On the basis of the facts presented in the foregoing Probable Cause Statement, consisting of _3_ page(s), I find probable cause to believe tha the defendant(s) named therein committed the offence on the date _March 28, 2008_ in violation of Title 18, United States Code Sections 1546 and Title 8, United States Code Section 1325.

Finding Made on: Date ~~4/5/08~~ 3/29/08   Time ~~11:12 am~~ 3:02 pm

Signed: _____
   Jay R. Irwin
   United States Magistrate Judge